DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. WATSON

No. 547P86.

Case below: 77 N.C. App. 666.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 October 1986.

STATE ex rel. CREWS v. PARKER

No. 549PA86.

Case below: 82 N.C. App. 419.

Petition by intervenor-appellant for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1986.

SWISHER v. AMERICAN HOME ASSURANCE CO.

No. 395P86.

Case below: 80 N.C. App. 718.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986. Notice of appeal by plaintiff pursuant to G.S. 7A-30 dismissed 7 October 1986.

TYNDALL v. TYNDALL

No. 391P86.

Case below: 80 N.C. App. 722.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

WAYNESVILLE MOUNTAINEER, INC. v. MANEY

No. 393P86.

Case below: 80 N.C. App. 725.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.